JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| KENYON DARRELL BROWN, | ) | No. 5:22-cv-00172-RGK-JDE |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| CDCR DIRECTOR, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed without prejudice to Petitioner filing a new action if he obtains permission from the Ninth Circuit to file a second or successive petition as to claims challenging his underlying conviction and/or sentence and without prejudice generally as to Ground Four upon the completion of state court proceedings regarding that issue.

Dated: February 17, 2022

R. GARY KLAUSNER
United States District Judge